UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISON

| | |
|---|---|
| BERRYLANE TRADING, INC., | Case No.: 1:17-cv-2360 |
| Plaintiff, | |
| v. | JUDGE DAN AARON POLSTER |
| CNA FINANCIAL CORPORATION, *et al.*, | **PLAINTIFF BERRYLANE TRADING, INC.'S NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANT CNA FINANCIAL CORPORATION ONLY** |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Berrylane Trading, Inc. hereby dismisses, without prejudice, its Complaint against Defendant CNA Financial Corporation ("CNAF") <u>only</u>. This Notice renders moot CNAF's Rule 12(b)(2) Motion to Dismiss (ECF Doc # 7) filed on November 16, 2017.

**Approved.
It is SO ORDERED.
s/*Dan Aaron Polster*
United States District Court
12/29/2017**

Respectfully submitted,

/s/ Komlavi Atsou
Komlavi Atsou (0084235)
Gregory E. O'Brien (0037073)
CAVITCH, FAMILO & DURKIN CO., L.P.A.
1300 East Ninth Street, Twentieth Floor
Cleveland, Ohio 44114
T: 216-621-7860
F: 216-621-3415
E-mail: katsou@cavitch.com
gobrien@cavitch.com

*Attorneys for Plaintiff*